UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number:  22-14228-CIV-MARTINEZ-MAYNARD**

HOWARD COHAN,

      Plaintiff,

v.

MORNING STAR MANAGEMENT LLC,
d/b/a La Quinta.

      Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      **THIS MATTER** was referred to the Honorable Shaniek Maynard, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Default Judgment ("Motion").  (ECF No. 10.)  Judge Maynard filed an R&R recommending that the Motion be Granted in Part, a final default judgment be entered in Plaintiff's favor, and that Plaintiff be awarded a total amount of $2,800 in attorney's fees plus $558 in costs.  (ECF No. 11 at 11–12.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

      After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Maynard's R&R, (ECF No. 11), is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

      **ADJUDGED** that Plaintiff's Motion, (ECF No. 9), is **GRANTED IN PART** as set forth in the R&R, (ECF No. 11).

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of May, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record